IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WANDA BRIGHT                                                                 PLAINTIFF

V.                                                    CIVIL ACTION NO.: 3:18-cv-284-DMB-JMV

COMMISSIONER OF SOCIAL SECURITY                            DEFENDANT

## AMENDED ORDER GRANTING MOTION FOR EXTENSION
## OF TIME TO FILE BRIEF

Before this Court is plaintiff's unopposed Motion for Extension of Time to file requested

briefing. The Court, being of the opinion that the motion for extension should be granted,

HEREBY ORDERS that the motion is granted, and the deadline for plaintiff to file the brief

is extended to June 17, 2019.

So ORDERED this, the 10th day of June, 2019.


/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE